UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CLARK., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:22-cv-01336-AC <br><br><br> <u>ORDER</u> |

Plaintiff is proceeding with counsel in this social security action. On July 28, 2022, plaintiff was served with a scheduling order and a Consent or Decline form regarding magistrate judge jurisdiction, which he was directed to file by October 31, 2022. ECF No. 3. Plaintiff did not file the form indicating whether he consents to Magistrate Judge jurisdiction.

The court informs plaintiff that consenting to Magistrate Judge jurisdiction is not required but is the general practice for social security cases in the Eastern District of California. In this district, Magistrate Judges are most familiar with Social Security cases and the applicable law. Consent to Magistrate Judge jurisdiction enables the Magistrate Judge to rule directly on the case, which prevents delay. If plaintiff chooses to decline Magistrate Judge jurisdiction, this case will be assigned to a District Judge. In that case, the matter will likely be referred to the Magistrate Judge for preparation of findings and recommendations, which will then be sent to the district

judge for a final order after a period of time for objections from either party.

Plaintiff is ORDERED to file his consent or decline form no later than December 2, 2022. Failure to do so may be grounds for sanctions.

IT IS SO ORDERED.

DATED: November 17, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2