UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Clark., | Case No.:  2:22-cv-01336 AC |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $8,000.00.

**IT IS SO ORDERED**.

DATED: October 19, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1